UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SHANNON CLARIN, ) | NO. CV-11-3119-JPH |
| ) | |
| ) | ORDER ADOPTING REPORT |
| Plaintiff, ) | AND RECOMMENDATION |
| vs. ) | |
| ) | |
| CAROLYN W. COLVIN, Acting ) | |
| Commissioner of Social ) | |
| Security, ) | |
| ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**BEFORE THE COURT** for resolution is the Report and Recommendation entered on April 18, 2013 (ECF No. 55).

Having reviewed the Report and Recommendation and no objections to the same having been filed within the time allowed, the Court **ADOPTS** the magistrate judge's Report and Recommendation in its entirety.

Defendant's motion for summary judgment (ECF No. 40) and motion for leave to file excess pages in support of said motion (ECF No. 39) are **GRANTED**. Plaintiff's motion for summary judgment (ECF No. 15) and motion to strike (ECF No. 27) are **DENIED**.

///

///

///

///

-1-

1   **IT IS SO ORDERED**. The District Court Executive is directed to
2   enter this Order, enter judgment for Defendant, forward copies to
3   the parties and Magistrate Judge Hutton, and close the file.
4       DATED this 3rd day of May, 2013.

                                  *s/Lonny R. Suko*
                          _____
                                  LONNY R. SUKO
                          United States District Judge